# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

GINA M ALONGI
_____
*Plaintiff*

v.

Civil Action No.:
**1:10–CV–12236–NMG**

DM CONCRETE FLOOR COMPANY, INC., ET AL.
_____
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ——— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**
_____
*CLERK OF COURT*

**/s/ – Kimberly M. Abaid**
_____
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2010–12–27 10:32:52.0, Clerk USDC DMA

Civil Action No.:   **1:10–CV–12236–NMG**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

<br>

**Bristol County Sheriff's Office   P.O. Box 8928   New Bedford, MA  02742-0928  (508) 992-6631**

**Bristol, SS**

January 19, 2011

I hereby certify and return that on 1/18/2011 at 1:33PM I served a true and attested copy of the Summons and Verified Complaint, Exhibit's A, B & C in this action in the following manner: To wit, by delivering in hand to Milton Leite, agent, person in charge at the time of service for D & M Concrete Floor Co., Inc., 2 Lark Street, Fall River, MA 02721. Conveyance ($1.50), Copies ($2.00), Travel ($22.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.65

**Deputy Sheriff**

**Deputy Sheriff Dennis Medeiros**

<br>

| | |
|---|---|
| _____ | _____ |
| Date | *Server's Signature* |
| | _____ |
| | *Printed name and title* |
| | _____ |
| | *Server's Address* |

Additional information regarding attempted service, etc: