# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

GINA M ALONGI

*Plaintiff*

v.

Civil Action No.:
1:10–CV–12236–NMG

DM CONCRETE FLOOR COMPANY, INC., ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Henry DeMello
40 Macy Lou Ave
Westport MA 02790

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**

*CLERK OF COURT*

/s/ – Kimberly M. Abaid

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2010-12-27 10:32:52.0, Clerk USDC DMA

**Bristol County Sheriff's Office   P.O. Box 8928   New Bedford, MA 02742-0928   (508) 992-6631**
Bristol, SS

March 17, 2011

I hereby certify and return that on 3/17/2011 at 9:51AM I served a true and attested copy of the Summons and Complaint, Exhbit's A, B & C in this action in the following manner: To wit, by leaving at the last and usual place of abode of Henry DeMello, 40 Mary Lou Avenue , Westport, MA 02790 and by mailing first class mail to the above-mentioned address on 3/17/2011. Conveyance ($1.50), Copies ($4.00), Travel ($22.70), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.45

Deputy Sheriff William Mello, Jr.                                       **Deputy Sheriff**